1   Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
    Jennifer R. Hargis, Esq. (Nevada Bar No. 11392)
2   Michael L. Iosua, Esq. (Nevada Bar No. 11820)
    SNELL & WILMER L.L.P.
3   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
4   Telephone (702) 784-5200
    Facsimile  (702) 784-5252
5   Email: asorenson@swlaw.com
             jhargis@swlaw.com
6            miosua@swlaw.com

7   *Attorneys for Defendants Wells Fargo Bank, N.A., sued
    here as Wells Fargo Home Loan Servicing LP,*
8   *MERSCORP, Inc. and Mortgage Electronic*
    *Registration Systems, Inc.*

9

10              IN THE UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12   QIANG GUO MAI;
     YAN MEI MAI, an individual,                    No: 2:11-cv-01530-KJD-PAL
13
                      Plaintiffs,
14                                                   **EMERGENCY MOTION TO EXTEND THE**
     vs.                                             **TIME FOR DEFENDANTS TO FILE THEIR**
15                                                   **REPLY IN SUPPORT OF MOTION FOR**
     WELLS FARGO HOME LOAN                           **SUMMARY JUDGMENT AND**
16   SERVICING LP; MERSCORP, INC., a                 **OPPOSITION TO COUNTERMOTION TO**
     Virginia Corporation; MORTGAGE                  **NAME ROE CORP. 1 AND 2**
17   ELECTRONIC REGISTRATION
     SYSTEMS, INC, a Subsidiary of
18   MERSCORP, Inc., a Delaware                      **(First Request)**
     Corporation; AND DOES individuals 1 to
19   100, Inclusive; and ROES Corporation 1 to
     30, Inclusive; and all other persons and
20   entities Unknown claiming any right, title
     estate, lien Or interest in the real property
21   described in the Complaint adverse to
     Plaintiff's ownership, or Any cloud upon
22   Plaintiff's title thereto

23                    Defendants.

24

25          Pursuant to Local Rule 6-1 Defendants Wells Fargo Bank, N.A., named as Wells Fargo

26   Home Loan Servicing LP ("Wells Fargo"), MERSCORP, Inc. and Mortgage Electronic

27   Registration Systems, Inc. (collectively, "Defendants"), by and through their counsel, the law

28   firm of Snell & Wilmer L.L.P., move this Court for an order granting Defendants a 10-day

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

extension of time to file a reply in support of Defendants' motion for summary judgment filed on April 20, 2012 and opposition to Plaintiffs' countermotion to name Roe Corp. 1 and 2 filed on April 25, 2012.

On April 20, 2012, Defendants filed their motion for summary judgment with respect to Plaintiffs' original complaint ("Complaint"). (ECF 46.) On April 25, 2012, the Court permitted Plaintiffs to amend their Complaint and file a First Amended Complaint ("FAC"). (*See* ECF 48, 49.) As a result of the FAC, Plaintiffs' claims have changed and Defendants are evaluating the amended claims and whether any settlement opportunities may be available.

Plaintiffs have also filed a countermotion to further amend their claims as asserted in the FAC. Additional time is also needed to evaluate how the proposed amendments may affect the claims against Defendants.

Defendants' counsel has contacted Plaintiffs regarding a stipulation to extend the time for evaluation and settlement purposes. However, consistent with their previous actions, Plaintiffs have not responded to Defendants' counsel's attempts to contact them.

WHEREFORE, Defendants respectfully request that the Court grant this emergency motion to extend the time and order Defendants file their reply in support of motion for summary judgment, as well as their response to Plaintiffs' countermotion to name Roe Corp. 1 and 2, on or before May 24, 2012.

Dated: May 11, 2012. SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson, Esq.
Jennifer R. Hargis, Esq.
Michael L. Iosua, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A.,*
*sued here as Wells Fargo Home Loan Servicing LP,*
*MERSCORP, Inc. and Mortgage Electronic*
*Registration Systems, Inc.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

## ORDER

IT IS SO ORDERED that Defendants shall be given a 10-day extension to file their reply in support of motion for summary judgment, as well as their response to Plaintiffs' countermotion to name Roe Corp. 1 and 2, up to and including May 24, 2012.


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: May 14, 2012
_____


Submitted by:

SNELL & WILMER L.L.P.


By: _____
    Amy F. Sorenson, Esq.
    Jennifer R. Hargis, Esq.
    Michael L. Iosua, Esq.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200