Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Jennifer R. Hargis, Esq. (Nevada Bar No. 11392)
Michael L. Iosua, Esq. (Nevada Bar No. 11820)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: asorenson@swlaw.com
       jhargis@swlaw.com
       miosua@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., sued here as Wells Fargo Home Loan Servicing LP, MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QIANG GUO MAI;<br>YAN MEI MAI, an individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME LOAN SERVICING LP; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a Subsidiary of MERSCORP, Inc., a Delaware Corporation; AND DOES individuals 1 to 100, Inclusive; and ROES Corporation 1 to 30, Inclusive; and all other persons and entities Unknown claiming any right, title estate, lien Or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or Any cloud upon Plaintiff's title thereto<br><br>                Defendants. | No: 2:11-cv-01530-KJD-PAL<br><br>**EMERGENCY MOTION TO EXTEND THE TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO COUNTERMOTION TO NAME ROE CORP. 1 AND 2**<br><br>**(First Request)** |

Pursuant to Local Rule 6-1 Defendants Wells Fargo Bank, N.A., named as Wells Fargo Home Loan Servicing LP ("Wells Fargo"), MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), by and through their counsel, the law firm of Snell & Wilmer L.L.P., move this Court for an order granting Defendants a 10-day

extension of time to file a reply in support of Defendants' motion for summary judgment filed on April 20, 2012 and opposition to Plaintiffs' countermotion to name Roe Corp. 1 and 2 filed on April 25, 2012.

On April 20, 2012, Defendants filed their motion for summary judgment with respect to Plaintiffs' original complaint ("Complaint"). (ECF 46.) On April 25, 2012, the Court permitted Plaintiffs to amend their Complaint and file a First Amended Complaint ("FAC"). (*See* ECF 48, 49.) As a result of the FAC, Plaintiffs' claims have changed and Defendants are evaluating the amended claims and whether any settlement opportunities may be available.

Plaintiffs have also filed a countermotion to further amend their claims as asserted in the FAC. Additional time is also needed to evaluate how the proposed amendments may affect the claims against Defendants.

Defendants' counsel has contacted Plaintiffs regarding a stipulation to extend the time for evaluation and settlement purposes. However, consistent with their previous actions, Plaintiffs have not responded to Defendants' counsel's attempts to contact them.

WHEREFORE, Defendants respectfully request that the Court grant this emergency motion to extend the time and order Defendants file their reply in support of motion for summary judgment, as well as their response to Plaintiffs' countermotion to name Roe Corp. 1 and 2, on or before May 24, 2012.

Dated: May 11, 2012.   SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson, Esq.
Jennifer R. Hargis, Esq.
Michael L. Iosua, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A., sued here as Wells Fargo Home Loan Servicing LP, MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

## ORDER

IT IS SO ORDERED that Defendants shall be given a 10-day extension to file their reply in support of motion for summary judgment, as well as their response to Plaintiffs' countermotion to name Roe Corp. 1 and 2, up to and including May 24, 2012.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2012

Submitted by:

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson, Esq.
Jennifer R. Hargis, Esq.
Michael L. Iosua, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169