Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Jennifer Hargis, Esq.
Nevada Bar No. 11392
Catherine O'Mara, Esq.
Nevada Bar No. 12462
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: asorenson@swlaw.com
       jhargis@swlaw.com
       comara@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., sued here as Wells Fargo Home Loan Servicing LP, MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QIANG GUO, MAI; YAN MEI, MAI, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME LOAN SERVICING LP; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a Subsidiary of MERSCORP, Inc., a Delaware Corporation; AND DOES individuals 1 to 100, Inclusive; and ROES Corporation 1 to 30, Inclusive; and all other persons and entities Unknown claiming any right, title estate, lien Or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or Any cloud upon Plaintiff's title thereto<br><br>    Defendants. | No: 2:11-cv-01530-KJD-PAL<br><br>[PROPOSED] ORDER GRANTING MOTION FOR RELEASE OF LIS PENDENS |

THE COURT, having considered the pleadings and papers on file herein, and the Motion For Release of Lis Pendens having come before this Court, and good cause appearing:

16527110.1

1  **IT IS HEREBY ORDERED** that Defendants' Motion For Release of Lis Pendens is
2  granted.

3  **IT IS FURTHER ORDERED** that the *Notice of Lis Pendens* recorded on November 14,
4  2011, by Plaintiffs against the real property described as 817 Royal Plum Lane, Las Vegas, NV
5  89144, APN 137-25-219-054, and recorded in the Official Records of the Clark County Recorder,
6  as book and instrument number 20111114-0000652 is hereby lifted, cancelled, expunged, and
7  **RELEASED IN FULL.** This cancellation has the same effect as an expungement of the original
8  notices.

9  **IT IS FURTHER ORDERED** that Plaintiffs shall record a copy of this Order with the
10 Clark County Recorder's Office for this APN against which Plaintiffs have filed a Lis Pendens in
11 connection with this action within fifteen (15) days of the date of this Order; if Plaintiffs fail to
12 record a copy of this Order, any other person may record a copy of this Order with the Clark
13 County Recorder's Office for this APN against which Plaintiffs have filed a Lis Pendens in
14 connection with this action.

15  Dated February 22, 2013.

_____
UNITED STATES DISTRICT JUDGE

18 Submitted by:
19 SNELL & WILMER, L.L.P.

21 By: _____
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Jennifer Hargis, Esq. (NV Bar No. 11392)
Catherine O'Mara, Esq. (NV Bar No. 12462)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Bank, N.A., sued here as Wells Fargo Home Loan Servicing LP, MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

- 2 -

16527110.1